■ FEDERAL INSURANCE COMPANY, Respondent, v 603 WAREHOUSE ASSOCIATES, INC., Doing Business as KEEPERS SELF STORAGE, et al., Appellants. [679 NYS2d 308] —Order of the Appellate Term of the Supreme Court, First Department (Parness, J. P., McCooe and Freedman, JJ.), entered April 22, 1996, which, in an action to recover unpaid insurance premiums, reversed an order of the Civil Court, New York County (Kibbie Payne, J.), entered November 22, 1993, denying plaintiff's motion for summary judgment, and granted the motion, unanimously affirmed, with costs.

The affidavit of plaintiff's officer, together with the supporting documentation, competently established the issuance of the policy to defendants and the amount of premium owed (*see, Family Coatings v Michigan Mut. Ins. Co.*, 170 AD2d 816). Defendants' claim that a broker fraudulently induced them into switching policies was properly rejected by Appellate Term on the ground that there was no evidence that the broker was acting as plaintiff's agent (*cf., Incorporated Vil. of Pleasantville v Calvert Ins. Co.*, 204 AD2d 689). Further disclosure cannot avail defendants. Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ.